**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 95-cr-00344-WYD-10

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BRIAN MOORE,

       Defendant.

---

ORDER ALLOWING DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT
TO THE UNITED STATES PROBATION OFFICE IN THE DISTRICT OF NEBRASKA

---

      THIS MATTER is before the court upon request by the United States Probation Office in the District of Nebraska, for permission to access the Presentence Investigation Report prepared in this case for use in the District of Nebraska. Upon further review, the court

      ORDERS the Presentence Investigation Report prepared for this court regarding BRIAN MOORE may be disclosed and viewed by the United States Probation Office in the District of Nebraska, and

      FURTHERED ORDERS that the Presentence Investigation Report not be copied or in any way disclosed beyond the scope of the Order, and that the report be distributed by a representative of the Federal Probation Office. The court

      FURTHER ORDERS that the Recommendation portion of the Presentence Investigation Report is not to be disclosed.

      DATED at Denver, Colorado, this 19th day of April, 2006.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel

_____

Wiley Y. Daniel
United States District Judge

Wiley Y. Daniel
United States District Judge

Wiley Y. Daniel
United States District Judge